JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CASTRO,<br><br>           Plaintiff,<br><br>        v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>           Defendant. | Case No. SA CV 16-1886-JAK (PJW)<br><br>J U D G M E N T |

In accordance with the Order filed herewith approving the parties' Stipulation to Voluntary Remand,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the case is remanded for further proceedings consistent with the Stipulation to Remand.

DATED: April 25, 2017



———————————————————
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\2. SA16CV01886JAK-JUDG.wpd